**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ZHEJIANG WANDEYUAN VEHICLE FITTINGS CO., LTD.,<br><br>    Defendant. | Case No. 2:10-cv-1931-RLH-LRL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR <u>ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT</u>** |

The Court, having considered that the Defendant Zhejiang Wandeyuan Vehicle Fittings Co., Ltd. ("Wandeyuan") has failed to appear or otherwise respond to the Complaint filed and served on November 3, 2010 by Plaintiff Robert Bosch LLC ("Bosch"), that Clerk's Default was entered on January 19, 2011 (D.I. 17), that Bosch's Motion for Default Judgment is currently pending, and for good cause appearing, HEREBY GRANTS judgment by default against Wandeyuan and in favor of Bosch.

IT IS FURTHER ORDERED THAT

(1) Wandeyuan has infringed one or more of the claims of the United States Patents Nos. 6,523,218, 6,944,905, 7,228,588, 7,293,321, 7,484,264 and 7,523,520 by making, importing, offering for sale, using, and selling its "beam" or "flat" wiper blades, such as the WDY-738, WDY-706A and WDY-788 wiper blade products, in violation of the patent laws of the United States.

(2) Wandeyuan has infringed one or more of the claims of the United States Patent No. 6,553,607 by making, importing, offering for sale, using, and selling its "beam" or "flat" wiper blades, such as the WDY-738 wiper blade products, in violation of the patent laws of the United States.

(3) Wandeyuan is permanently enjoined, along with its officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, and those persons in active concert or

participation with them, from making, using, selling, offering for sale, or importing into the United States, for the remaining terms of the 6,523,218, 6,944,905, 7,228,588, 7,293,321, 7,484,264 and 7,523,520 patents, any wiper blade products infringing these patents, including, without limitation, the infringing WDY-738, WDY-706A and WDY-788 wiper blades, and any products that are a mere colorable variation of the same.

(4) Wandeyuan is permanently enjoined, along with its officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, and those persons in active concert or participation with them, from making, using, selling, offering for sale, or importing into the United States, for the remaining term of the 6,553,607 patent, any wiper blade products infringing this patent, including, without limitation, the infringing WDY-738 wiper blades, and any products that are a mere colorable variation of the same.

(5) The Court retains jurisdiction over the parties to the extent necessary to enforce the terms of this default judgment and the injunctive relief provided herein.

IT IS SO ORDERED.

_____
ROGER L. HUNT
Chief United States District Judge

Date: February 14, 2011